[No. 2065-2. Division Two. December 28, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD W. AXTHELM, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap

County, No. C-1883, Jay W. Hamilton, J., entered September 22, 1975. *Affirmed* by unpublished per curiam opinion.